No. 45182.—Protests 42608–K, etc., of J. Ossola Co., Inc., et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 49302 and T. D. 49389) it was held

that an allowance should have been made in the weight of the cheese to compensate for the inedible coverings.